```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN SANCHEZ-TEJADA,

                Plaintiff,

-against-

MARY ANN GANTNER, New York District Interim Director for U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, and ALBERTO GONZALES, Attorney General of the United States, Department of Homeland Security, Bureau of Citizenship and Immigration Services,

                Defendants.

---

05 Civ. 4621 (RJH)

**ORDER**

By order dated December 6, 2006, this Court directed plaintiff's counsel to briefly update the Court in writing as to the status of the matter. Plaintiff has not done so. Moreover, a review of the Docket Sheet for the action indicates no further entry in the public file, correspondence with the Court, or any other proceedings since the entry of the Order on December 6, 2006.

Accordingly, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the action is dismissed without prejudice for failure of plaintiff to prosecute.

SO ORDERED.

Dated: New York, New York
       August 8, 2007

                                            _____
                                            Richard J. Holwell
                                            United States District Judge